AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota
Western Division

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Steven Shane McCann<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 5:19-MJ-69 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* STEVEN SHANE McCANN ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ' Information   ' Superseding Information   ✓ Complaint
☐ Probation Violation Petition   ' Supervised Release Violation Petition   ' Violation Notice   ' Order of the Court

This offense is briefly described as follows:

On or about December 21, 2018, near Rapid City, in the District of South Dakota, the defendant, Steven Shane McCann, knowingly threatened to murder a federal law enforcement officer with intent to retaliate against the federal law enforcement officer for the performance of his duties, all in violation of 18 U.S.C. § 115(a)(1)(B).

Date: June 28, 2019

*Issuing officer's signature*

City and state: Rapid City, SD

Daneta Wollmann, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

cc: USMC RC
JAL

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of South Dakota
### Western Division

| | |
|---|---|
| United States of America<br>v.<br><br>Steven Shane McCann<br>*Defendant(s)* | )<br>)<br>) Case No. 5:19-MJ-69<br>)<br>)<br>) |

**FILED**
JUN 28 2019
_____ CLERK

## CRIMINAL COMPLAINT

I, Kevin J. Seymore, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 21, 2018 in the county of Pennington, in the District of South Dakota, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threat Against Federal Law Enforcement Officer |

This criminal complaint is based on these facts:

Defendant, Steven Shane McCann, knowingly threatened to murder a federal law enforcement officer with intent to retaliate against the federal law enforcement officer for the performance of his duties.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin J. Seymore, Special Agent
*Printed name and title*

Sworn to before me and: ☒ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: June 28, 2019

_____
*Judge's signature*

City and state: Rapid City, SD

Daneta Wollmann, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN SHANE McCANN<br><br>Defendant. | Case No. 5:19-MJ-69<br><br>SEALED AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT |

I, Kevin J. Seymore, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and am assigned to the Rapid City Resident Agency, Rapid City, South Dakota. I have been a Special Agent with the FBI since May 2018. I am assigned to investigate federal crimes occurring within Indian country and the western Division of the District of South Dakota, including violations of 18 U.S.C. § 115(a)(1)(B).

2. The facts set forth in this affidavit are based on my personal knowledge, knowledge obtained from other individuals, including other law enforcement officers, interviews of persons with knowledge, my review of documents, interview reports, and communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. This affidavit contains information necessary to support probable cause for this application and does not contain

every material fact that I have learned during the course of this investigation; however, no information known to me that would tend to negate probable cause has been withheld from this affidavit.

## PROBABLE CAUSE

3. On December 21, 2018, at approximately 1:00 p.m, Steven Shane McCann appeared in front of Judge Karen Schreier in Courtroom 2 of the United States Courthouse located at 515 Ninth Street, Rapid City, SD, for sentencing related to violation of supervised release. A Petition to Revoke Supervised Release dated 6/15/2018 indicated that this was McCann's fourth violation of supervised release.

4. At this sentencing hearing, McCann was represented by attorney John Rusch. Assistant United States Attorney (AUSA) Eric Kelderman appeared on behalf of the government.

5. In an interview with AUSA Kelderman on 1/18/2019, AUSA Kelderman told your affiant that he was familiar with McCann as AUSA Kelderman had previously represented the United States in other judicial proceedings involving McCann.

6. Several others were present during the hearing. These persons included Court Security Officer Sue Fox, Pennington County Sheriff's Deputy Carmen Visan, and Probations Officer Melissa Gould. All were interviewed separately to confirm the events that occurred.

7. During the hearing, McCann became increasingly agitated with the proceedings. In an interview on 2/4/19 with Fox, she opined that McCann was

upset by AUSA Kelderman's comments on McCann's lack of personal accountability.

8. In courtroom transcripts and courtroom audio collected during the investigation, McCann is noted to have made a statement including "I am tired of hearing your bullshit," while AUSA Kelderman presents the government's case.

9. Following both sides' presentation of their arguments, McCann was sentenced to incarceration for a period of 14 months.

10. During a review of the courtroom audio, McCann is noted to make a remark similar to "I do," when counsel is asked if they have any objections to the sentenced imposed.

11. Following this remark, McCann make a lengthy statement to Judge Schreier disputing his sentence. In an interview with Gould on 2/12/19, Gould believed that this statement was an effort by McCann to plead for a reduction in the length of his sentence.

12. After a response from Judge Schreier confirming the sentence, McCann is heard to begin using increasingly profane language. McCann continued this profanity while being detained and escorted from the courtroom by Deputy United States Marshal (DUSM) Jack Sides.

13. A review of courtroom audio showed that as McCann was leaving the courtroom, he made the statement "When I get out I'm going to burn this fucking place to the ground, believe it."

14. In a US Marshals field report USM-210 dated 12/21/18, DUSM Sides stated that once McCann was taken back to the holding area, McCann shouted, "When I get out I'm going to put a bullet in Kelderman's mother fucking head." In a conversation with your affiant on 6/17/2019, DUSM Sides confirmed that he heard this threat made firsthand and was physically present.

15. As an AUSA who is authorized to prosecute violations of Federal criminal law Kelderman is a federal law enforcement officer pursuant to 18 U.S.C. § 115(c)(1).

## CONCLUSION

16. Your affiant believes there is probable cause to arrest Steven S. McCann for the charge of threat against a federal law enforcement officer, in violation of 18 U.S.C. § 115(a)(1)(B).

*Warrant Request*

1. Based on the above-mentioned information, I respectfully request this Court to issue an arrest warrant for Steven Shane McCann.

Dated this 28 day of JUNE, 2019.

_____
Kevin J. Seymore, FBI

Sworn to before me and:
☒ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

this 28th day of June, 2019.

_____
Daneta Wollmann
United States Magistrate Judge

4